```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
BETSY BETANCOURT
                                  :       CIVIL ACTION
                                  :
         vs.                      :
                                  :       NO. 9-3474
FOCUS RECEIVABLES
MANAGEMENT, LLC
```

O R D E R

**AND NOW, TO WIT:** This 13th day of November, 2009, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


                              **MICHAEL E. KUNZ,** Clerk of Court


                              **BY:** S/SHARON CARTER
                                     Sharon Carter, Acting
                                     Deputy Clerk




Civ 2 (7/83)
41.1(b)